**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RONALD BAILEY**                                                                                               **PETITIONER**
ADC #138019

v.                      **CASE NO. 5:17CV00008 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                      **RESPONDENT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 19] and petitioner Ronald Bailey's objections [Doc. No. 22] have been reviewed. After a review of the record, the RD is adopted.

Accordingly, Bailey's petition for writ of habeas corpus [Doc. No. 2] is denied with prejudice. Additionally, a certificate of appealability is denied because Bailey has not made a substantial showing of the denial of a constitutional right.

IT IS SO ORDERED this 5th day of July 2017.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE